## United States Bankruptcy Court
### Northern District of Georgia

In re      Marquita Deshay Hayes

Debtor(s)

Case No. _____

Chapter      13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS
## FOR INDIVIDUALS OR JOINT DEBTORS

1.      In accordance with Fed. R. Bankr. P. 1006 and General Order No. 23-2018 (Bankr. N.D. GA.) I apply for permission to pay the filing fee amounting to $  313.00   in no more than three (3) installments. I understand that if I fail to pay any fee installment when due my bankruptcy case may be dismissed without opportunity for hearing, in accordance with Local Rules.

2.      I am unable to pay the filing fee except in installments.

3.      I certify that  I will neither make any further payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4.      I propose the following terms for the payment of the filing fee:

First Installment of $ 78.00 , with the filing of the petition.
Second Installment of at least one-half of the unpaid balance of the filing fee in the amount of $ 117.50 , on or before 30 days from the date the bankruptcy petition was filed.
Final Installment of the remaining unpaid balance of the filing fee in the amount of $ 117.50 , on or before 60 days from the date the bankruptcy petition was filed.

5.      **I understand that if I fail to pay any fee installment when due my bankruptcy case may be dismissed without opportunity for hearing, in accordance with Local Rules.**

| /s/ Karen King | October 17, 2024 | /s/ Marquita Deshay Hayes | October 17, 2024 |
|---|---|---|---|
| Signature of Attorney | Date | Signature of Debtor | Date |

(In a joint case, both Debtors must sign)

| Karen King | |
|---|---|
| Name of Attorney | Signature of Joint Debtor        Date |

1

(Application to Pay Filing Fee in Installments for ALL Chapters - Revision Date December 2018)