10/17/24, 11:17 AM

Online Paystub

### Statement of Earnings and Deductions.
Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. ☎ 479-273-4000

**Pay Period: 09/21/2024 - 10/04/2024**

Deposit Date: 10-10-2024
Advice # 702345164

PAID TO

## MARQUITA HAYES

$601.94

4755 YATES ROAD APT 5A
COLLEGE PARK, GA 30337

ONE Finance
THE CHASE MANHATTAN BANK
THIS IS NOT A REAL CHECK

| | | |
|---|---|---|
| CHECK DEPOSIT | xxxxxxx2481 | $526.94 |
| CHECK2 DEPOSIT | xxxxxxx8714 | $75.00 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 76.43 | $20.0000 | $1,528.60 | $27,624.55 |
| OVERTIME EARN | 12.78 | $30.0000 | $383.40 | $5,534.55 |
| STD EARNINGS | | | $0.00 | $675.60 |
| STD EARN-TXBL | | | $0.00 | $1,150.36 |
| PROT PTO USED | 2.00 | $20.0000 | $40.00 | $838.93 |
| W+ MBR GROSS | | | $0.00 | $121.80 |
| PTO PAY | 24.00 | $20.0000 | $480.00 | $3,878.72 |
| CO STK CONT | | | $1.50 | $21.00 |
| PTO PAYOUT | | | $0.00 | $413.10 |
| WRKDHRS | 89.21 | | | |
| Total | | | $2,433.50 | $40,269.11 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| INS LIFE | $2.21 | $46.40 |
| INS DEP LIFE | $1.32 | $27.71 |
| INS STD | $4.62 | $72.75 |
| INS DEN U * | $19.40 | $407.39 |
| INS AD&D U * | $0.32 | $6.71 |
| INS MED U HMO* | $46.50 | $975.12 |
| CRED GARN CGPN | $518.80 | $518.80 |
| INSTAPAY DED | $734.32 | $9,601.04 |
| 401K * | $121.60 | $1,914.52 |
| GEN 401K LOAN | $10.71 | $224.91 |
| W+ MBR NET | $0.00 | $78.96 |
| ACCIDENT * | $0.68 | $14.28 |
| CO STK CONT | $1.50 | $21.00 |
| STOCK PURCH | $10.00 | $140.00 |
| INS VIS * | $2.76 | $57.95 |
| Total | $1,474.74 | $14,188.04 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $96.60 | $534.53 |
| SOCIAL SECURITY | $146.56 | $2,364.19 |
| MEDICARE | $34.27 | $552.91 |
| GEORGIA | $79.39 | $952.90 |
| Total | $356.82 | $4,404.53 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $601.94 | $21,676.54 |

CURRENT PAY OVERVIEW

- Netpay
- Deductions
- Taxes

09/21 - 10/04

image0000.jpg

10/17/24, 1:46 PM

1/2



Online Paystub

10/17/24, 12:39 PM

**Statement of Earnings and Deductions.**

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. ☎ 479-273-4000

**Pay Period: 08/24/2024 - 09/06/2024**

Deposit Date: 09-12-2024
Advice # 699142286

PAID TO
**MARQUITA HAYES**

$1,024.21

4755 YATES ROAD APT 5A
COLLEGE PARK, GA 30337

ONE Finance
THE CHASE MANHATTAN BANK
THIS IS NOT A REAL CHECK

CHECK DEPOSIT
CHECK2 DEPOSIT

xxxxxxx2481
xxxxxxx8714

$949.21
$75.00

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 80.00 | $20.0000 | $1,600.00 | $24,495.95 |
| OVERTIME EARN | 3.39 | $30.0000 | $101.70 | $4,419.75 |
| STD EARNINGS | | | $0.00 | $675.60 |
| STD EARN-TXBL | | | $0.00 | $1,150.36 |
| PROT PTO USED | 4.00 | $20.0000 | $80.00 | $793.93 |
| W+ MBR GROSS | | | $0.00 | $110.20 |
| PTO PAY | 16.00 | $20.0000 | $320.00 | $3,398.72 |
| CO STK CONT | | | $1.50 | $18.00 |
| PTO PAYOUT | | | $0.00 | $413.10 |
| WRKDHRS | 83.39 | | | |
| Total | | | $2,103.20 | $35,486.11 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| INS LIFE | $2.21 | $41.98 |
| INS DEP LIFE | $1.32 | $25.07 |
| INS STD | $3.99 | $63.69 |
| INS DEN U * | $19.40 | $368.59 |
| INS AD&D U * | $0.32 | $6.07 |
| INS MED U HMO* | $46.50 | $882.12 |
| INSTAPAY DED | $597.51 | $8,206.75 |
| 401K * | $105.09 | $1,676.10 |
| GEN 401K LOAN | $10.71 | $203.49 |
| W+ MBR NET | $0.00 | $71.44 |
| ACCIDENT * | $0.68 | $12.92 |
| CO STK CONT | $1.50 | $18.00 |
| STOCK PURCH | $10.00 | $120.00 |
| INS VIS * | $2.76 | $52.43 |
| Total | $801.99 | $11,829.15 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $58.95 | $349.67 |
| SOCIAL SECURITY | $126.08 | $2,076.28 |
| MEDICARE | $29.49 | $485.58 |
| GEORGIA | $62.48 | $798.38 |
| Total | $277.00 | $3,709.91 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $1,024.21 | $19,947.05 |

CURRENT PAY OVERVIEW

- Netpay
- Deductions
- Taxes

08/24 - 09/06

1/2

