UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                                CASE NO. 24-61091
Marquita Deshay Hayes,
        Debtor.                                        CHAPTER 13

**CERTIFICATE OF MANNER OF SERVICE OF PLAN
UNDER BANKRUPTCY RULE 7004**

I hereby certify, under penalty of perjury, that I am more than eighteen  (18) years of age and,  pursuant to General Order No. 21-2017 and Fed. R. Bankr. P. 7004, that on this day I served a copy of the within Debtor's Initial Chapter 13 Plan upon the following:

<u>By First Class Mail:</u>
Nuvision Investments LLC
c/o Marilyn Pumphrey, Registered Agent
3060 Pharr Court #306
Atlanta, GA 30305

This _21st___ day of___October____ , 2024.

By: _____ /S/
    Eric S. Smith
    GA Bar No. 347001
    Attorney for Debtor
    King & King Law, LLC
    215 Pryor St SW
    Atlanta GA 30303
    (404) 524-6400
    notices@kingkingllc.com