**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In    Debtor(s)
Re:   **Marquita Deshay Hayes**                          Case No.: **24–61091–jrs**
                                                        Chapter:  **13**

# ORDER DENYING APPLICATION TO PAY FILING FEE
# IN INSTALLMENTS FOR INDIVIDUALS OR JOINT DEBTORS

Debtor or Debtors (hereinafter "Debtor") has filed an application to pay the filing fee in this case in installments. The Debtor defaulted on the terms of an Order allowing installment payments for filing fees in a previous case. The Court finds that the failure to pay filing fees in a previous case warrants denial of the application to pay the filing fee in installments in this case. Accordingly, it is **ORDERED** that:

1. Debtor's application to pay the filing fee in installments is **Denied.**

2. Debtor shall pay the balance of the case filing fee in the amount of   **$235.00** in full by October 28, 2024.

**For payments by mail, remit using cashier's check, money order or attorney's check made payable to "Clerk, United States Bankruptcy Court" to the address listed below:**

**United States Bankruptcy Court**
**1340 Richard Russell Building**
**75 Ted Turner Drive, SW**
**Atlanta, GA 30303**

**For payments made by hand delivery to a divisional office in Atlanta, Gainesville, Newnan or Rome, note that cash is not accepted. You must remit using cashier's check, money order or attorney's check.**

**Payments may also be made online at:** https://www.ganb.uscourts.gov/online–payments

3. If, by the date(s) set forth above, i) the filing fee is not paid in accordance with this Order; ii) no request for an extension of time is pending; or iii) neither the debtor nor any party in interest has requested a hearing thereon, the Court may dismiss this case without further notice or hearing.

4. In accordance with Bankruptcy Rule 1006(b)(3), until the filing fee is paid in full, Debtor shall not pay, and no person shall accept, any money for services in connection with Debtor's case, and Debtor shall not relinquish, and no person shall accept, any property as payment for services in connection with this case.

The Clerk will serve this Order on Debtor, Debtor's Counsel, and Trustee.

**SO ORDERED,** on October 21, 2024.

Form 310
Revised January 2022

James R. Sacca
United States Bankruptcy Judge

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                      Case No. 24-61091-jrs

Marquita Deshay Hayes                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 21, 2024 | Form ID: 310 | Total Noticed: 14 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marquita Deshay Hayes, 4473 Catalina Cir, Atlanta, GA 30344-6510 |
| 24985854 | + | NUVISION INVESTMENTS LLC, MARILYN PUMPHREY, BOX 11511, Atlanta, GA 30355-1511 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 24985848 | + | Email/Text: bankruptcy@bmgmoney.com | Oct 21 2024 20:25:00 | BMG MONEY, 1221 BRICKELL AVE, MIAMI, FL 33131-3224 |
| 24985849 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 21 2024 20:33:52 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 24985850 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 21 2024 20:33:51 | CREDITONEBNK, PO BOX 98872, LAS VEGAS, NV 89193-8872 |
| 24985851 | | Email/Text: brnotices@dor.ga.gov | Oct 21 2024 20:24:00 | Georgia Department of Revenue, 1800 Century Blvd NE Suite 910, Atlanta, GA 30345 |
| 24985852 | + | Email/Text: Bankruptcy@ICSystem.com | Oct 21 2024 20:24:00 | I C SYSTEM, PO BOX 64378, SAINT PAUL, MN 55164-0378 |
| 24985853 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 21 2024 20:24:00 | IRS, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 24985855 | + | Email/Text: bankruptcy@self.inc | Oct 21 2024 20:24:00 | SELFINC/LEAD, 901 E 6TH ST, AUSTIN, TX 78702 |
| 24985847 | + | Email/Text: bankruptcy@self.inc | Oct 21 2024 20:24:00 | ATLCAPBKSELF, 515 CONGRESS AVE, AUSTIN, TX 78701 |
| 24985856 | | Email/Text: bankruptcy@sequium.com | Oct 21 2024 20:23:00 | SEQUIUM ASSET SOLUTIONS, LLC, 1130 NORTHCHASE PKWY, MARIETTA, GA 30067 |
| 24985857 | | Email/Text: bankruptcy@springoakscapital.com | Oct 21 2024 20:23:00 | SPRING OAKS CAPITAL LLC, PO BOX 1216, CHESAPEAKE, VA 23327 |
| 24988182 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Oct 21 2024 20:24:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 24985858 | + | Email/Text: bk@worldacceptance.com | Oct 21 2024 20:25:00 | WORLD FIN, PO BOX 6429, GREENVILLE, SC 29606-6429 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 113E-9 | User: bncadmin | Page 2 of 2
Date Rcvd: Oct 21, 2024 | Form ID: 310 | Total Noticed: 14

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Karen King | on behalf of Debtor Marquita Deshay Hayes myecfkingnking@gmail.com;EcfmailR62760@notify.bestcase.com |
| Nancy J. Whaley | ecf@njwtrustee.com |

TOTAL: 2