**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In    Debtor(s)
Re:   **Marquita Deshay Hayes**                                  Case No.: **24−61091−jrs**
                                                                 Chapter:  **13**

# ORDER OF DISMISSAL FOR FAILURE TO PAY FILING FEES

On October 21, 2024, the Court entered an order denying Debtor or Debtors (hereinafter "Debtor") application to pay the filing fee for the voluntary petition in installments. Debtor was allowed ten days from the filing of the petition to remit the full amount due for the filing fee for a voluntary petition. The Debtor did not remit the necessary funds. Accordingly, it is

**ORDERED** that the above−styled case is **dismissed.**

The Clerk is directed to serve a copy of this Order on Debtor, Debtor's counsel, Trustee, and all parties on the mailing matrix.

**SO ORDERED**, on November 4, 2024.

*James R. Sacca*

James R. Sacca
United States Bankruptcy Judge

Form 311a