**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In    Debtor(s)
Re:   **Marquita Deshay Hayes**

Case No.: **24–61091–jrs**
Chapter:  **13**

# ORDER OF DISMISSAL FOR FAILURE TO PAY FILING FEES

On October 21, 2024, the Court entered an order denying Debtor or Debtors (hereinafter "Debtor") application to pay the filing fee for the voluntary petition in installments. Debtor was allowed ten days from the filing of the petition to remit the full amount due for the filing fee for a voluntary petition. The Debtor did not remit the necessary funds. Accordingly, it is

**ORDERED** that the above–styled case is **dismissed.**

The Clerk is directed to serve a copy of this Order on Debtor, Debtor's counsel, Trustee, and all parties on the mailing matrix.

**SO ORDERED**, on November 4, 2024.

James R. Sacca
United States Bankruptcy Judge

Form 311a

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                      Case No. 24-61091-jrs

Marquita Deshay Hayes                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
| Date Rcvd: Nov 04, 2024 | Form ID: 311a | Total Noticed: 14 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Marquita Deshay Hayes, 4473 Catalina Cir, Atlanta, GA 30344-6510 |
| 24985854 | + NUVISION INVESTMENTS LLC, MARILYN PUMPHREY, BOX 11511, Atlanta, GA 30355-1511 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 24985848 | + Email/Text: bankruptcy@bmgmoney.com | Nov 04 2024 20:21:00 | BMG MONEY, 1221 BRICKELL AVE, MIAMI, FL 33131-3224 |
| 24985849 | + EDI: CAPITALONE.COM | Nov 05 2024 01:05:00 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 24985850 | + Email/PDF: creditonebknotifications@resurgent.com | Nov 04 2024 20:27:52 | CREDITONEBNK, PO BOX 98872, LAS VEGAS, NV 89193-8872 |
| 24985851 | + EDI: GADEPTOFREV.COM | Nov 05 2024 01:05:00 | Georgia Department of Revenue, 1800 Century Blvd NE Suite 910, Atlanta, GA 30345 |
| 24985852 | + EDI: LCIICSYSTEM | Nov 05 2024 01:05:00 | I C SYSTEM, PO BOX 64378, SAINT PAUL, MN 55164-0378 |
| 24985853 | EDI: IRS.COM | Nov 05 2024 01:05:00 | IRS, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 24985855 | + Email/Text: bankruptcy@self.inc | Nov 04 2024 20:20:00 | SELFINC/LEAD, 901 E 6TH ST, AUSTIN, TX 78702 |
| 24985847 | + Email/Text: bankruptcy@self.inc | Nov 04 2024 20:20:00 | ATLCAPBKSELF, 515 CONGRESS AVE, AUSTIN, TX 78701 |
| 24985856 | Email/Text: bankruptcy@sequium.com | Nov 04 2024 20:20:00 | SEQUIUM ASSET SOLUTIONS, LLC, 1130 NORTHCHASE PKWY, MARIETTA, GA 30067 |
| 24985857 | Email/Text: bankruptcy@springoakscapital.com | Nov 04 2024 20:20:00 | SPRING OAKS CAPITAL LLC, PO BOX 1216, CHESAPEAKE, VA 23327 |
| 24988182 | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Nov 04 2024 20:21:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 24985858 | + Email/Text: bk@worldacceptance.com | Nov 04 2024 20:21:00 | WORLD FIN, PO BOX 6429, GREENVILLE, SC 29606-6429 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 113E-9 User: bncadmin Page 2 of 2
Date Rcvd: Nov 04, 2024 Form ID: 311a Total Noticed: 14

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2024 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Karen King | on behalf of Debtor Marquita Deshay Hayes myecfkingnking@gmail.com;EcfmailR62760@notify.bestcase.com |
| Nancy J. Whaley | ecf@njwtrustee.com |

TOTAL: 2