## UNITED STATES BANKRUPTCY COURT

Northern District of Georgia
Atlanta Division 1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404−215−1000

| | | |
|---|---|---|
| In Re: | **Marquita Deshay Hayes** | Case No.: **24−61091−jrs**<br>Chapter: **13**<br>Judge: **James R. Sacca** |
| | Debtor(s) | |

## ORDER TO EMPLOYER TO TERMINATE ORDER TO DEDUCT OR REMIT

To: Walmart Associates Inc

It appearing that this case was DISMISSED on 11/4/24,

It is hereby ORDERED that the previous Order issued by this Court directing the Employer to deduct a portion of the above−referenced Debtor(s) wages is hereby TERMINATED, thus relieving the Employer of any obligation to deduct from any monies due and owing to the debtor.

The Clerk is directed to serve a copy of this Order on Debtor, Debtor's Counsel, any Trustee, and Employer.

SO ORDERED, on 11/19/24

James R. Sacca
UNITED STATES BANKRUPTCY JUDGE

Dated: November 19, 2024

Form termedo −08/2019